Schroeder, J., concurring:
I concur in the result but I write separately to caution prosecutors in the use of video footage of the administration of the HGN test. The safest path might be to ignore or redact that portion of the video. Here, the video was admitted to show Puccinelli failed to follow the officer's instructions while he was trying to administer the field sobriety tests, including the HGN. Although the video was properly admitted in this case, using video of the HGN test risks getting too close to the exclusions in City of Wichita v. Molitor , 301 Kan. 251, 341 P.3d 1275 (2015), requiring reversal of the conviction. This seems a harsh penalty for the slight benefit of showing a defendant's inability to follow simple instructions during the administration of the HGN test. To be safe, I caution against the use of videotape of the HGN test.